RECEIVED
IN LAKE CHARLES, LA.

JUL -3 2019

TONY R. MOORE, CLERK
BY_____
                 DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NORRIS TURNER | : | DOCKET NO. 19-cv-0278 |
| REG. # 13525-052 | | SECTION P |
| | | |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| | | |
| R. MYERS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this __3__ day of July, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE